STATE v. REBER

No. 679P84.

Case below: 71 N.C. App. 256.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 27 February 1985.

STATE v. ROBERTS

No. 701P84.

Case below: 70 N.C. App. 789.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 27 February 1985.

STATE v. RUTHERFORD

No. 639P84.

Case below: 70 N.C. App. 674.

Petition by defendants Rutherford and Faust for discretionary review under G.S. 7A-31 denied 27 February 1985.

STATE v. SOUTHERN

No. 24PA85.

Case below: 71 N.C. App. 563.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 27 February 1985.

STATE v. WALTER

No. 675P84.

Case below: 71 N.C. App. 226.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.